**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **BIJU MAKRUKKATTU JOSEPH,** *et al.* | § § | |
| v. | § § | 1:13-CV-324 |
| **SIGNAL INTERNATIONAL L.L.C.,** *et al.* | § § § | |

## ORDER

On December 19, 2013, the Plaintiffs filed their "Second Amended Complaint." (Doc. No. 64.)  Accordingly, the "Motion to Dismiss" (Doc. No. 24), filed by Defendants Signal International Texas, G.P., Signal International Texas, L.P., Signal International, Inc., and Signal International, L.L.C. is **DENIED** as moot without prejudice to reassertion.  Similarly, Defendant Law Offices of Malvern C. Burnett, A.P.C's "Motion to Dismiss" (Doc. No. 32) and "Motion to Dismiss for Lack of Jurisdiction" (Doc. No. 31) are **DENIED** as moot without prejudice to reassertion.  Finally, the Plaintiffs' "Motion to Dismiss Without Prejudice Their Claims Against Defendant Michael Pol" (Doc. No. 40) is also **DENIED** as moot without prejudice to reassertion.

SIGNED this 16th day of January, 2014.

_____
Zack Hawthorn
United States Magistrate Judge