Case 1:13-cv-00324-RC-ZJH Document 82 Filed 03/25/14 Page 1 of 5 PageID #: 1921

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BIJU MUKRUKKATTU JOSEPH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civ. No. 1:13-cv-00324-RC-ZJH |
| ) | |
| SIGNAL INTERNATIONAL LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO BURNETT'S REASSERTED
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Daniella D. Landers (Texas Bar No. 24026260)
Daniella D. Landers (Texas Bar No. 24026260)
Gary K. Shiu (Texas Bar No. 24048797)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002-6760
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
daniella.landers@sutherland.com
gary.shiu@sutherland.com

John H. Fleming
Keith J. Barnett
Gabriel A. Mendel
Kurt Lentz
Kara D. Duffle
Sheena Paul
Teresa L. Sulmers
(admitted *pro hac vice*)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
***Attorneys for Plaintiffs***

Defendants Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (collectively "Burnett") reasserted their Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (ECF No. 69) for alleged failure to state a claim, arguing *inter alia* that Plaintiffs' state law claims should be dismissed on statutes of limitations grounds because those limitations periods allegedly were not tolled during the pendency of the *David* putative class action, in which Plaintiffs were absent class members.  *David v. Signal Int'l, LLC*, No. 2:08-cv-01220-SM-DEK (E.D. La.).

Burnett moved to reassert this motion (and a motion pursuant to Fed. R. Civ. P. 12(b)(2)) following this Court's Order, dated January 16, 2014 (ECF No. 67), denying as moot all Motions to Dismiss filed by Burnett due to the filing of Plaintiffs' Second Amended Complaint (ECF No. 64).  In response, Plaintiffs reasserted all Responses and Sur-Replies in Opposition to Burnett's reasserted Motions to Dismiss.  (ECF No. 73.)

Plaintiffs now respectfully request that this Court grant them leave to file their Supplemental Response in Opposition to Burnett's reasserted Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) based on information that is dispositive of one of Burnett's arguments—Burnett through prior counsel in the *David* case agreed that all statutes of limitations for absent class members would be tolled while *David* remained a putative class.

DATED:  March 25, 2014.

**SUTHERLAND ASBILL & BRENNAN LLP**

/s/  Daniella D. Landers
Daniella D. Landers (Texas Bar No. 24026260)
Gary K. Shiu (Texas Bar No. 24048797)
1001 Fannin Street, Suite 3700
Houston, Texas  77002-6760

1

Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
daniella.landers@sutherland.com
gary.shiu@sutherland.com

John H. Fleming
Keith J. Barnett
Gabriel A. Mendel
Kurt Lentz
Kara D. Duffle
Sheena Paul
Teresa L. Sulmers
(admitted *pro hac vice*)
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
Facsimile:   (404) 853-8806
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2014, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO BURNETT'S REASSERTED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** with the Clerk of the Court using the ECF system, which sent notification of an electronic filing to all CM/ECF participants.

I further certify that on March 25, 2014, I served a true and correct copy of the foregoing document upon the below-named Defendants by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

> Michael Pol
> Global Resources, Inc.
> c/o William P. Wessler, Esq.
> William P. Wessler, Attorney at Law
> 1624 24th Avenue
> Gulfport, MS  39501-2969
>
> Mr. Billy Wilks
> 9136 Heather Lane
> Moss Point, MS 39562

I further certify that on March 25, 2014, I served a true and correct copy of the foregoing document upon the below-named Defendants by forwarding a copy to them via International Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

> Sachin Dewan
> Dewan Consultants Pvt. Ltd.
> 708, Sagar Tech Plaza
> Andhere Kurla Road
> Sakinaka Junction, Andheri (E)
> Mumbai 400 072, India

1

      Dewan Consultants
      Dewan Consultants Pvt. Ltd.
      708, Sagar Tech Plaza
      Andhere Kurla Road
      Sakinaka Junction, Andheri (E)
      Mumbai 400 072, India

      Indo-Ameri Soft L.L.C.
      Vijaya Roa (Register Agent)
      c/o Kurello Rao
      #6 Isla Road, Unity Zone
      Dangriga, Stann Creek Dist., Belize

      Kurella Roa
      #6 Isla Road, Unity Zone
      Dangriga, Stann Creek Dist., Belize

      */s/ Daniella D. Landers*
      Daniella D. Landers

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 24-25, 2014, I conferred via e-mail with Timothy W. Cerniglia, counsel of record for Defendants Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (collectively "Burnett") describing Plaintiffs' proposed Motion for Leave to File Supplemental Response to Burnett's Reasserted Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). Mr. Cerniglia indicated that he does not oppose the Motion, but that he reserves the right (which Plaintiffs do not oppose) to respond to Plaintiffs' Supplemental Response.

      */s/ John H. Fleming*
      John H. Fleming
      ***Attorney for Plaintiff***