# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| BIJU MAKRUKKATTU JOSEPH, *et al.* | § § | |
| v. | § § | 1:13-CV-324 |
| SIGNAL INTERNATIONAL L.L.C., *et al.* | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 4.) Pending before the court is the "Motion of Amended Plaintiffs to Dismiss Without Prejudice the Claims Against Defendant Michael Pol." (Doc. No. 98.) The following Plaintiffs moved to dismiss their claims against Michael Pol: Suresh Kakkoth, Sebastian George Pananjikal, Biju Potrayil, Pankajakshan Madhavan, Gijo John, Joy Kallachiyil Varkey, Omanakuttan Govindan Kakkanthara, Iju James, Ravi Rowthu, Vasavan Babu, Abraham Varghese, Varghese Kannampuzha Devassy, Paulose Chirackal Airookaran Joseph, and Subburaj Rengasamy (collectively, "Amended Plaintiffs"). The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 216), recommending that the court grant the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 216) is **ADOPTED**; and the "Motion of Amended Plaintiffs to Dismiss Without Prejudice the Claims Against Defendant Michael Pol" (Doc. No. 98) is **GRANTED**.

So **ORDERED** and **SIGNED** this **4** day of **March, 2015.**

_____
Ron Clark, United States District Judge