** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BIJU MAKRUKKATTU JOSEPH, et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | CIVIL ACTION No. 1-13-CV-324 |
| v. § | |
| § | JUDGE RON CLARK |
| SIGNAL INTERNATIONAL, LLC, et al., § | |
| § | SJF |
| *Defendants.* § | |

**ORDER DENYING EX PARTE MOTION FOR CONTINUANCE OF TRIAL**

Before the court is Defendants Signal International, LLC's, Signal International, Inc.'s, Signal International Texas, G.P.'s, and Signal International Texas, L.P.'s Emergency Ex Parte Combined Motion and Memorandum in Support for Continuance of Trial.  Doc. # 276. Defendants state that they are contemplating bankruptcy proceedings, but have not yet filed for bankruptcy.  As they have not initiated bankruptcy proceedings, this court will not continue the trial set for April 6, 2015, nor shall it engage in speculation as to what might occur.

IT IS THEREFORE ORDERED that Defendants' Emergency Ex Party Combined Motion and Memorandum in Support for Continuance of Trial (Doc. # 276) is DENIED.  Should any party file for bankruptcy, it is ORDERED to notify this court immediately and include the court and case number for the proceedings.  The party filing for bankruptcy is FURTHER ORDERED to notify opposing counsel immediately of the bankruptcy proceedings, so that opposing counsel does not inadvertently violate any stay issued by the bankruptcy court.

So **ORDERED** and **SIGNED** this **16** day of **March, 2015.**

_____
Ron Clark, United States District Judge