\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BIJU MAKRUKKATTU JOSEPH, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION No. 1-13-CV-324 |
| v. | § | |
| | § | JUDGE RON CLARK |
| SIGNAL INTERNATIONAL, LLC, et al., | § | |
| | § | SJF |
| *Defendants.* | § | |

### ORDER CONTINUING TRIAL

Defendants Signal International, LLC, Signal International, Inc., Signal International Texas, G.P., and Signal International Texas, L.P., moved for a continuance on March 16, 2015, due to their belief that they would be filing for bankruptcy on the eve of trial in this court. Doc. # 276. At that time, there was no indication that a final judgment would be forthcoming in the related *David v. Signal* matter, and therefore, this court denied the motion for continuance. Doc. # 280. On March 20, 2015, the judge in the *David* matter entered an Order and Reasons that a final judgment would be entered and on March 24, 2015, the judge entered, an order requesting that Plaintiffs submit a proposed final judgment by April 2, 2015, and ordered Defendants tp responsd by April 10, 2015. In all likelihood, a final judgment will be entered in the *David* matter during the midst of this court's trial, which is set for April 6, 2015. Based on the statements and filings of the Signal Defendants, it appears likely that bankruptcy proceedings will follow the entry of judgment. Given this court's mandate under Federal Rule of Civil Procedure 1 "to secure the just, speedy, and inexpensive determination of every action and proceeding," the court now grants a continuance in this matter.

IT IS THEREFORE ORDERED that Final Pretrial in this matter is set for July 9, 2015, at 9:00 am and Jury Selection and Trial is set for July 13, 2015, at 9:00 am.

So **ORDERED** and **SIGNED** this **24** day of **March, 2015.**

_____
Ron Clark, United States District Judge