IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **BIJU MAKRUKKATTU JOSEPH**, *et al.* | § § | |
| **v.** | § § | 1:13-CV-324 |
| **SIGNAL INTERNATIONAL L.L.C.**, *et al.* | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 4.) Pending before the court is the "Motion to Dismiss" (Doc. No. 229) filed by Billy Wilks. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 282), recommending that the court deny the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 229) is **ADOPTED**; and Billy Wilks's "Motion to Dismiss" (Doc. No. 229) is **DENIED**.

So **ORDERED** and **SIGNED** this **16** day of **April, 2015.**

_____
Ron Clark, United States District Judge